JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN FARLOW,<br><br>　　　　　Petitioner,<br>　　v.<br>JEFFREY A. BEARD,<br><br>　　　　　Respondent. | Case No. CV 14-07482 DOC (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 19, 2016

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE